**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br>MICHAEL LUCKETT<br>SHARON LUCKETT<br>Debtor(s) | Case No. 15-03740 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/05/2015.

2) The plan was confirmed on 07/14/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/28/2018.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 39.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $35,000.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $35,000.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,310.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,525.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,835.00

Attorney fees paid and disclosed by debtor:     $690.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACL INC | Unsecured | 6.53 | NA | NA | 0.00 | 0.00 |
| ADRIENNE FREGIA MD SC | Unsecured | 91.69 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 12.86 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SOUTH SUBURBAN HOS | Unsecured | 259.76 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Secured | NA | 19,640.60 | 19,640.60 | 0.00 | 0.00 |
| AMERICAN MEDICAL COLLECTION | Unsecured | 49.77 | NA | NA | 0.00 | 0.00 |
| AMERICAN SURGEONS GROUP | Unsecured | 45.41 | NA | NA | 0.00 | 0.00 |
| AMO RECOVERIES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED LABORATORY PHYSIC | Unsecured | 37.31 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 14,611.00 | NA | NA | 0.00 | 0.00 |
| BANKERS HEALTHCARE GROUP | Unsecured | 100,000.00 | NA | 70,645.50 | 0.00 | 0.00 |
| BANKERS HEALTHCARE GROUP | Secured | NA | 70,645.50 | 70,645.50 | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 77.00 | 77.58 | 77.58 | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 12,658.00 | 12,693.17 | 12,693.17 | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 252.15 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 2,127.00 | NA | NA | 0.00 | 0.00 |
| CHASE HOME FINANCE | Secured | NA | NA | 1,397.65 | 1,397.65 | 0.00 |
| CHASE HOME FINANCE | Unsecured | 20,756.00 | NA | NA | 0.00 | 0.00 |
| CHASE HOME FINANCE | Secured | 156,187.00 | NA | NA | 0.00 | 0.00 |
| Choice Recovery | Unsecured | 582.61 | NA | NA | 0.00 | 0.00 |
| CRESSA PARRISH MD SC | Unsecured | 7.53 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 5,062.00 | 5,062.54 | 5,062.54 | 0.00 | 0.00 |
| GLA COLLECTION COMPANY | Unsecured | 82.86 | NA | NA | 0.00 | 0.00 |
| Health Lab | Unsecured | 207.43 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | 2,248.96 | 4,331.50 | 4,331.50 | 4,280.78 | 0.00 |
| IL DEPT OF REVENUE | Priority | 1,702.43 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | 9,600.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | NA | 1,151.47 | 1,151.47 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INGALLS MEMORIAL HOSPITAL | Unsecured | 2,352.87 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,921.21 | 1,921.21 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 19,946.94 | 24,776.72 | 24,776.72 | 24,486.57 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 4,235.63 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 6,000.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 2,315.00 | 2,358.32 | 2,358.32 | 0.00 | 0.00 |
| MALCOLM S GERALD & ASSOC | Unsecured | 6,460.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 377.60 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN WOMENS HEALTH | Unsecured | 287.10 | NA | NA | 0.00 | 0.00 |
| NYE PARTNERS IN WOMENS HEALTH | Unsecured | 582.61 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 4,931.00 | 4,931.92 | 4,931.92 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,142.00 | 1,142.39 | 1,142.39 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 9,135.00 | 9,135.35 | 9,135.35 | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 49.77 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULT | Unsecured | 82.86 | NA | NA | 0.00 | 0.00 |
| Sears/Cbna | Unsecured | 22,009.00 | NA | NA | 0.00 | 0.00 |
| SULLIVAN URGENT AID CENTERS | Unsecured | 0.00 | 661.50 | 661.50 | 0.00 | 0.00 |
| TELECOM MGMT ASSOC | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED ASPIRE | Unsecured | 53,011.00 | NA | NA | 0.00 | 0.00 |
| VANTAGE SOURCING | Unsecured | 910.11 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 277.16 | 892.73 | 892.73 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | 130,562.00 | 130,409.73 | 130,409.73 | 0.00 | 0.00 |
| WELLS FARGO DEALER SVC INC | Secured | 23,740.00 | 22,813.11 | 22,813.11 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $130,409.73 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,397.65 | $1,397.65 | $0.00 |
| Debt Secured by Vehicle | $42,453.71 | $0.00 | $0.00 |
| All Other Secured | $70,645.50 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$244,906.59** | **$1,397.65** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $29,108.22 | $28,767.35 | $0.00 |
| **TOTAL PRIORITY:** | **$29,108.22** | **$28,767.35** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$110,673.68** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,835.00 |
| Disbursements to Creditors | $30,165.00 |
| **TOTAL DISBURSEMENTS** : | **$35,000.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/27/2018        By: /s/ Tom Vaughn
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**